**Order entered July 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00506-CV

### IN THE INTEREST OF C.V.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-01086-W**

## ORDER

The reporter's record in this accelerated appeal from the trial court's decree terminating appellant's parental rights was first due May 9, 2019. That deadline was subsequently extended four times. By order dated June 25, 2019, we ordered Kristen McDowell, deputy court reporter, to file, by July 5, 2019, either the reporter's record from the trial held on April 9, 2019 or written verification no record exists for that date. By letter filed on June 28, 2019, Ms. McDowell has informed the Court that she was the substitute reporter only on April 26th and not for the trial held on April 9th..

Because the appeal cannot proceed without the reporter's record, we **ORDER** Marty Grant, Official Court Reporter for the 304th Judicial District Court, to file, by **July 12, 2019**, either the reporter's record of or written verification no record exists for that date. Because this is an accelerated appeal, the trial court must arrange for a substitute reporter if necessary. *See* TEX. R. APP. P. 28.4(b)(1). *We caution Ms. Grant that failure to comply could result in the*

*Court taking any necessary steps to ensure the record is filed, including ordering she not sit as a*

*reporter until she has complied.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Andrea

Martin, Presiding Judge of the 304th Judicial District Court; Ms. Grant; and, the parties.


/s/     KEN MOLBERG
        JUSTICE